

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2020

No. 04-20-00178-CV

**IN RE PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI21744
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

The Unopposed Motion for Extension of Time to File Real Party in Interest's Response to Petition for Writ of Mandamus is hereby GRANTED. Time is extended until May 5, 2020.

It is so **ORDERED** on April 13, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT